Shellpoint Mortgage
PO Box 10826
Greenville, SC 29603-0826

~~Loan #~~